UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| GEORGE ERNEST ABAIDOO THOMPSON | : | DOCKET NO. 2:09-cv-0154 Section P |
|---|---|---|
| VS. | : | JUDGE MELANÇON |
| MICHAEL B. MUKASEY, ET AL. | : | MAGISTRATE JUDGE HILL |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that those claims in petitioner's *habeas corpus* petition which challenge his removal order be **DISMISSED** for lack of jurisdiction and that petitioner's challenge to his detention be **DENIED and DISMISSED without prejudice**.

**THUS DONE AND SIGNED**, in Chambers, in Lafayette, Louisiana, on this 26th day of May, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE